## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Kiesque, Incorporated          )
                                       )

v.                                   )         Case No. 18-cv-7761
                                       )

THE PARTNERSHIPS and        )         Judge:  Hon. Charles P. Kocoras
UNINCORPORATED ASSOCIATIONS   )
IDENTIFIED ON SCHEDULE "A"      )         Magistrate:  Hon. Mary M. Rowland
                                       )
                                       )

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, «PLAINTIFF», voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | ID | URL |
|---|---|---|---|
| 244 | Hip Girl Boutique LLC | A3KP7Y3A4J3BJK | https://www.amazon.com/sp?_encoding=UTF8&seller=A3KP7Y3A4J3BJK |
| 248 | Hydracol | A3FCC401A3KH5E | https://www.amazon.com/sp?_encoding=UTF8&seller=A3FCC401A3KH5E |
| 302 | Aikugua | 20763584 | https://www.dhgate.com/store/20763584 |
| 303 | Auto_partsxing | 19968007 | https://www.dhgate.com/store/19968007 |
| 304 | Beasy113 | 20325529 | https://www.dhgate.com/store/20325529 |
| 305 | Beautyecho | 20428605 | https://www.dhgate.com/store/20428605 |
| 306 | Beautylove08 | 20062558 | https://www.dhgate.com/store/20062558 |
| 307 | Benedicty | 20245963 | https://www.dhgate.com/store/20245963 |
| 308 | Blueberry14 | 20325428 | https://www.dhgate.com/store/20325428 |
| 309 | Caohai | 20062006 | https://www.dhgate.com/store/20062006 |
| 310 | Caojue | 20058492 | https://www.dhgate.com/store/20058492 |
| 311 | Carloas | 20245833 | https://www.dhgate.com/store/20245833 |
| 312 | Cedricl | 20294040 | https://www.dhgate.com/store/20294040 |
| 313 | Chen125846366 | 20462860 | https://www.dhgate.com/store/20462860 |
| 314 | Chiccheek | 21022443 | https://www.dhgate.com/store/21022443 |
| 315 | Dangdangqiu | 14419807 | https://www.dhgate.com/store/14419807 |
| 316 | Eugenel | 20298223 | https://www.dhgate.com/store/20298223 |
| 317 | Fincek007 | 20204179 | https://www.dhgate.com/store/20204179 |
| 318 | Forfaceuse | 21022437 | https://www.dhgate.com/store/21022437 |
| 319 | Fukui | 20063355 | https://www.dhgate.com/store/20063355 |
| 320 | Gorgeous08 | 19967877 | https://www.dhgate.com/store/19967877 |

| 321 | Grega | 20329376 | https://www.dhgate.com/store/20329376 |
|-----|-------|----------|----------------------------------------|
| 322 | Guaye | 20058365 | https://www.dhgate.com/store/20058365 |
| 323 | Guojianghealth | 21090015 | https://www.dhgate.com/store/21090015 |
| 324 | Heheda2 | 20325605 | https://www.dhgate.com/store/20325605 |
| 325 | Huangcen | 20059922 | https://www.dhgate.com/store/20059922 |
| 326 | Jiami | 20059927 | https://www.dhgate.com/store/20059927 |
| 327 | Jiaogao | 20059929 | https://www.dhgate.com/store/20059929 |
| 328 | Jiekeyi20170309 | 20624060 | https://www.dhgate.com/store/20624060 |
| 329 | Jurlin | 19727220 | https://www.dhgate.com/store/19727220 |
| 330 | Kennady | 20298338 | https://www.dhgate.com/store/20298338 |
| 331 | Kunxiu20170218 | 20624070 | https://www.dhgate.com/store/20624070 |
| 332 | Ladylove | 19900692 | https://www.dhgate.com/store/19900692 |
| 333 | Lgandxp | 19971090 | https://www.dhgate.com/store/19971090 |
| 334 | Manxing | 20059014 | https://www.dhgate.com/store/20059014 |
| 335 | Meinuo008 | 20968581 | https://www.dhgate.com/store/20968581 |
| 336 | Roseeyy | 21107225 | https://www.dhgate.com/store/21107225 |
| 337 | Ruhui | 20059954 | https://www.dhgate.com/store/20059954 |
| 338 | Saucy | 19969148 | https://www.dhgate.com/store/19969148 |
| 339 | Sophine01 | 20329146 | https://www.dhgate.com/store/20329146 |
| 340 | Sophine02 | 20329363 | https://www.dhgate.com/store/20329363 |
| 341 | Sophine06 | 20329392 | https://www.dhgate.com/store/20329392 |
| 342 | Sophine07 | 20329200 | https://www.dhgate.com/store/20329200 |
| 343 | Tengdinghealth | 21098702 | https://www.dhgate.com/store/21098702 |
| 344 | Xiatian2 | 20745669 | https://www.dhgate.com/store/20745669 |
| 345 | Xingceng | 20059018 | https://www.dhgate.com/store/20059018 |
| 346 | Yangti | 20063271 | https://www.dhgate.com/store/20063271 |
| 347 | Zhaomingyou | 20267851 | https://www.dhgate.com/store/20267851 |
| 348 | Zhoukouhair | 21103112 | https://www.dhgate.com/store/21103112 |

Dated: December 30, 2018

Respectfully submitted,


By:      s/David Gulbransen/
         David Gulbransen
         Attorney of Record

         David Gulbransen (#6296646)
         Law Office of David Gulbransen
         805 Lake Street, Suite 172
         Oak Park, IL 60302
         (312) 361-0825 p.
         (312) 873-4377 f.
         david@gulbransenlaw.com

2