**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Kiesque, Incorporated | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-7761 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Charles P. Kocoras |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | Magistrate: Hon. Mary M. Rowland |
| | ) | |
| _____ | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned

counsel for plaintiff hereby notify this Court that the plaintiff, Kiesque Incorporated, voluntarily

dismiss any and all claims against defendants without prejudice:

| Doe | Store Name | Mercahnt ID | URL |
|---|---|---|---|
| 3 | binyuanexport | binyuanexport | 993647187@qq.com |
| 13 | qudienail | qudienail | info@binnails.com |
| 25 | All Buy Store | 1770106 | https://www.aliexpress.com/store/1770106 |
| 36 | Be Your Own Diana Store | 2656034 | https://www.aliexpress.com/store/2656034 |
| 43 | Beautiful YYP Store | 2983021 | https://www.aliexpress.com/store/2983021 |
| 45 | Beautify the Features Store | 1384042 | https://www.aliexpress.com/store/1384042 |
| 50 | Been With You Store | 3364013 | https://www.aliexpress.com/store/3364013 |
| 58 | Cattie Girl Store | 2952025 | https://www.aliexpress.com/store/2952025 |
| 61 | Confident Women Store | 2944216 | https://www.aliexpress.com/store/2944216 |
| 88 | Healthy-Sk Store | 3996011 | https://www.aliexpress.com/store/3996011 |
| 100 | JNI Beautiful Store | 3417008 | https://www.aliexpress.com/store/3417008 |
| 111 | Love Beauty01 Store | 2342098 | https://www.aliexpress.com/store/2342098 |
| 147 | Poai Lgian Bebo Store | 2337276 | https://www.aliexpress.com/store/2337276 |
| 149 | Posh_Makeup 520 Store | 2781105 | tina@htb2c.com |
| 153 | Puzzleeeee Store | 3684090 | https://www.aliexpress.com/store/3684090 |
| 160 | Shenzhen ChenMei TEC. Co.,Ltd. store | 1983721 | https://www.aliexpress.com/store/1983721 |
| 178 | Sweety Girl Store | 3255082 | https://www.aliexpress.com/store/3255082 |
| 206 | YOVIP VIP Store | 3654014 | https://www.aliexpress.com/store/3654014 |
| 224 | Ali-Lillian HB Store | 1096648 | https://www.aliexpress.com/store/1096648 |

| 393 | asyouwant | 567a3fd35749034 89c238e3d | zhouxiao@channy.com.cn |
|---|---|---|---|
| 406 | bigbiggirlwish | 54d2e34f7f3c1612 0e8c0277 | https://www.wish.com/merchant/54d2 e34f7f3c16120e8c0277 |
| 412 | brianaeyoubag | 58255f0c6a4a7b1 cd983d8b6 | https://www.wish.com/merchant/5825 5f0c6a4a7b1cd983d8b6 |
| 423 | codosale | 567bcaeed8a1043 c0ab6b2aa | https://www.wish.com/merchant/567b caeed8a1043c0ab6b2aa |
| 428 | cubpapa | 58661963105c8c6 a058064a5 | https://www.wish.com/merchant/5866 1963105c8c6a058064a5 |
| 443 | ehotmall | 5975c109905fdb0 b29eec3d7 | lawrenskjlg@outlook.com |
| 444 | essonne | 5835568979d2a92 4ac089182 | https://www.wish.com/merchant/5835 568979d2a924ac089182 |
| 460 | guangzhouqiannitradecolt d | 547be84d90c7762 2b3a51441 | https://www.wish.com/merchant/547b e84d90c77622b3a51441 |
| 468 | hjvpzdte | 5b28edac7752c87 24cc77de3 | https://www.wish.com/merchant/5b28 edac7752c8724cc77de3 |
| 469 | homeofjerry | 5812d9f3bcbe9e1 97eaacc0e | https://www.wish.com/merchant/5812 d9f3bcbe9e197eaacc0e |
| 474 | iomaxmall | 575e24834e0dbb5 caccc541f | iomaxmall@163.com |
| 499 | little18 | 583bde3b176d5c1 b8aa3a702 | https://www.wish.com/merchant/583b de3b176d5c1b8aa3a702 |
| 513 | maoping | 596865d26d138f2 014e8c794 | https://www.wish.com/merchant/5968 65d26d138f2014e8c794 |
| 515 | masadaus | 5b27ea327752c81 fecafa2b1 | https://www.wish.com/merchant/5b27 ea327752c81fecafa2b1 |
| 521 | monstars | 570e03638e8ba95 8de20b8ad | https://www.wish.com/merchant/570e 03638e8ba958de20b8ad |
| 533 | opsanji | 582eab0a41219a1 c6f33538e | https://www.wish.com/merchant/582e ab0a41219a1c6f33538e |
| 536 | pimenova | 57c6c62018a9eb6 516f2abc5 | https://www.wish.com/merchant/57c6c 62018a9eb6516f2abc5 |
| 547 | shanghaicifanginformation technologycoltd | 53e1e9314497c51 3f82a7c4d | https://www.wish.com/merchant/53e1 e9314497c513f82a7c4d |
| 565 | summerdayone | 581464a4011ff619 6ec1ffe6 | https://www.wish.com/merchant/5814 64a4011ff6196ec1ffe6 |
| 570 | taotaobao | 57a2a6d823201d1 8a3ee2488 | https://www.wish.com/merchant/57a2 a6d823201d18a3ee2488 |
| 572 | todream | 574911d55279545 cb724e484 | https://www.wish.com/merchant/5749 11d55279545cb724e484 |
| 592 | xiaoyanstore | 5937c5cb7feb495 490ae3d2f | https://www.wish.com/merchant/5937 c5cb7feb495490ae3d2f |

| 608 | 匹凸匹贸易有限公司 | 566147a78e48c72 3ff7227c8 | https://www.wish.com/merchant/5661 47a78e48c723ff7227c8 |
| 456 (626 ) | guangzhouchannytradecol td | 53a2a09ad911395 19161a267 | https://www.wish.com/merchant/53a2 a09ad91139519161a267 |

Dated: March 7, 2019

Respectfully submitted,


By:      s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com