IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kiesque, Incorporated | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-7761 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Charles P. Kocoras |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | Magistrate: Hon. Mary M. Rowland |
| | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Kiesque Incorporated, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 8 | faimail | faimail |
| 15 | starkychina | starkychina |
| 33 | B2C Nail&Makeup Store | 2304092 |
| 34 | Baby Diary | 2185064 |
| 41 | Beautiful Nainen Store | 1110720 |
| 47 | BeautyLadyNailArt Store | 1924021 |
| 55 | Bonnie Nail Store | 2947177 |
| 108 | Lilycute Nail Art Store | 2302014 |
| 124 | Mandala Nail Store | 2944156 |
| 139 | Nail Unique Store | 2671020 |
| 149 | Nail's House | 1879221 |
| 184 | Trendinail Store | 3250020 |
| 185 | Trendy Nail Art Store | 3103087 |
| 188 | UOCONO Store | 2799099 |
| 191 | V1 Nail Store | 3630048 |
| 352 | bestbidguy2009 | bestbidguy2009 |
| 354 | e-promarket | e-promarket |
| 356 | evenfantasy | evenfantasy |
| 364 | nailutopia | nailutopia |
| 365 | neofashionbase2010 | neofashionbase2010 |

| 456 | freeflying | 56b71b6c0dbb0b19255c94f9 |
|---|---|---|
| 482 | jpcbakerylimited | 53d6f8fb4497c57b78261b76 |
| 527 | neejolie | 5b8917672eb51f17e93aa792 |
| 578 | ursugar | 5b08b5d7139e01121c81a242 |
| 611 | 广州登宇贸易有限公司 | 5548806d898e390f8ef5febd |
| 612 | 广州陆顺电子科技有限公司 | 557f89877e83271c1607fa46 |
| 613 | 广州陆顺电子科技有限公司帐号5 | 559cf822d9018e40586b18e2 |

Dated: March 17, 2019

Respectfully submitted,

By:    /s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com