IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Kiesque, Incorporated | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 18-cv-7761 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Charles P. Kocoras |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | Magistrate: Hon. Mary M. Rowland |
| | ) | |
| | ) | |

**Joint Stipulation and Order for Dismissal**

The parties to this action, Plaintiff and Kiesque and the following Defendants:

| **Doe** | **Store Name** | **ID Number** |
|---|---|---|
| 387 | adiahkbeautycolimited | 551a6aa92920ae1e75d70129 |
| 202 | yayogem Store | 3986044 |
| 456 (624) | hah | 5705e89c42837358e0aee1ac |
| 491 | ladymiss | 589ed2dc3205e1717bceeee7 |
| 203 | Yinikiz Discount Store | 3108062 |
| 204 | Yinikiz Nail Art Store | 2883107 |
| 544 | royalnailartstore | 593ba71d8b960220873cb484 |
| 183 | Top Makeup Online Store | 1953712 |
| 90 | Hot Top-rated Seller | 1819214 |
| 76 | Fashion Online Shipping Mall | 1491844 |
| 161 | SHENZHEN Make-up Store | 2383001 |
| 78 | Fengshangmei Cosmetic Store | 2164089 |
| 129 | MissNail Store | 2959178 |
| 137 | Nail Girl Store | 3612009 |
| 148 | Polish Me Store | 3607015 |
| 68 | DIY Nails Shop Store | 2404043 |

acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby

stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With

1

Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs. This court shall retain jurisdiction solely for the enforcement of the negotiated settlement agreement.

Dated: March 26, 2019

    s/David Gulbransen/                                          s/Adam E. Urbanczyk/

David Gulbransen                                                Adam E. Urbanczyk
*Attorney for Plaintiff*                                       *Attorney for Defendant*

David Gulbransen
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com

Adam E. Urbanczyk
AU LLC
546 W. Randolph St., 2nd Floor
Chicago, IL 60661
(312) 715-7312 p.
adamu@au-llc.com

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against:

| Doe | Store Name | ID Number |
|---|---|---|
| 387 | adiahkbeautycolimited | 551a6aa92920ae1e75d70129 |
| 202 | yayogem Store | 3986044 |
| 456 (624) | hah | 5705e89c42837358e0aee1ac |
| 491 | ladymiss | 589ed2dc3205e1717bceeee7 |
| 203 | Yinikiz Discount Store | 3108062 |
| 204 | Yinikiz Nail Art Store | 2883107 |
| 544 | royalnailartstore | 593ba71d8b960220873cb484 |
| 183 | Top Makeup Online Store | 1953712 |
| 90 | Hot Top-rated Seller | 1819214 |
| 76 | Fashion Online Shipping Mall | 1491844 |

2

| 161 | SHENZHEN Make-up Store | 2383001 |
| --- | --- | --- |
| 78 | Fengshangmei Cosmetic Store | 2164089 |
| 129 | MissNail Store | 2959178 |
| 137 | Nail Girl Store | 3612009 |
| 148 | Polish Me Store | 3607015 |
| 68 | DIY Nails Shop Store | 2404043 |

is hereby dismissed without prejudice.

Dated: March 26, 2019                                Entered:


                                                     Hon. Charles P. Kocoras
                                                    United States District Judge