**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Kiesque, Incorporated | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-7761 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge:  Hon. Charles P. Kocoras |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | Magistrate:  Hon. Mary M. Rowland |
| | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Kiesque Incorporated, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 388 | aiqiyi123 | 58a2f267d3f55150f7a8815d |
| 445 | exhibitionofxiang | 566942d72a5281269b0287df |
| 446 | faithfulforever | 56f10d2d8306e707926874be |
| 451 | fashionhome520 | 561caa21e214c31edb0c3432 |
| 452 | fashionstoreforever | 56162d6a89f45f256aa7dd63 |
| 453 | fastreach | 5847e66a68eb846982319df7 |
| 483 | jyqfashion | 56ea7f1d92940f5a500db152 |
| 487 | kingbaby | 56fce711830f296ea058ac25 |
| 493 | lakely | 5681075a9a609f2f203ca556 |
| 519 | mineshinesun | 57c7d8553018061c8fe5c847 |
| 557 | silvercream | 57bd54b14b56d67c20ea6b35 |
| 573 | topsellers | 55b85a040d6fd83b58533fa2 |
| 574 | tradingcenter | 561761e681d1ce0dbf5cc3d2 |
| 580 | walksontheways | 58ad61d98a58e15031508257 |
| 588 | willbeok | 56f10149e37f9158775294cb |
| 618 | 深圳市泰联辉科技有限公司 | 5577cdcdc3ab512e59172e6c |
| 456 (625) | heavenhood | 577a34cdbe94bc74bf1d5655 |
| 502 | ljw | 59b3742130e1f37a9a81ca5c |

Dated: April 2, 2019

Respectfully submitted,

By:     s/David Gulbransen/
        David Gulbransen
        Attorney of Record

        David Gulbransen (#6296646)
        Law Office of David Gulbransen
        805 Lake Street, Suite 172
        Oak Park, IL 60302
        (312) 361-0825 p.
        (312) 873-4377 f.
        david@gulbransenlaw.com

2