**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Kiesque, Incorporated | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-7761 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Charles P. Kocoras |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | Magistrate: Hon. Mary M. Rowland |
| | ) | |
| | ) | |

**Conditional Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned

counsel for plaintiff hereby notify this Court that the plaintiff, Kiesque, Incorporated, voluntarily

dismisses the Plaintiff's case against the following Defendants, pursuant to a settlement

agreement reached by the parties:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 28 | Anne_Shop | 1333683 |
| 37 | BeatuyShower Store | 2799026 |
| 48 | BeautySquare Store | 4470057 |
| 67 | Dazzling Girl Store | 2458002 |
| 69 | Dreamy Sweety Store | 3482047 |
| 70 | EchiQ Fake Nails Store | 1850698 |
| 75 | Fashbeauty Store | 1837131 |
| 79 | Fighting ! Women Makeup Store | 2932087 |
| 82 | Gelike ec Official Store | 2842053 |
| 91 | hotbuy88 Store | 1212387 |
| 98 | ISHOWTIENDA SHALLOW Store | 4375054 |
| 110 | LoeRoyal BeautyMall Store | 2667045 |
| 135 | Nail Gel Professional Shop | 2169059 |
| 146 | Pilaten beauty | 1917407 |

| 150 | Pretty Beautys Store | 4239020 |
| 158 | Savi Manicure Store | 1947087 |
| 164 | Shop2942211 Store | 2942211 |
| 165 | Shop2946056 Store | 2946056 |
| 168 | Shop3857092 Store | 3857092 |
| 172 | Shop4500001 Store | 4500001 |
| 175 | SkinCare&Makeup Store | 4495067 |
| 176 | Stylish Bueaty Store | 2919101 |
| 180 | The 3th world Store | 2901109 |
| 189 | USbeauty Store | 1387094 |
| 194 | Vicky Dropshipping Store | 2945063 |
| 196 | vrenmol Official Store | 2349187 |
| 201 | Wondery Store | 2805128 |
| 212 | Alonea | A30RHGEDDV8VEM |
| 217 | AutumnFall | ANUQZ3FA8TS2P |
| 225 | Copercn | A1GL3W9KMHTDWX |
| 232 | DETALLAN | A10TR6X5EKL9BR |
| 233 | DMZ | A2F12LQGRY5DN5 |
| 240 | Fashionheaven | A6PCDQ3F8XNPW |
| 241 | FTXJ | A2AX5N3VQGC0PI |
| 242 | Fullkang | ADLY6Z6LX01IE |
| 251 | jinjiums | AVIQBR3IOLSRK |
| 253 | KEMILOVE | AH3HPCMBAXDCF |
| 259 | Livoty | A1FEQ43F9CLRL2 |
| 261 | Lookatool | A19PDY766W2X00 |
| 266 | Misaky | A3S4CWG2TBTFMK |
| 268 | NEWONESUN | A2DIXBKYTYB3NR |
| 271 | OVERMAL | A30UMJPSTEV9I9 |
| 275 | SANNYSIS | A3I7ZEAEWPBLEV |
| 279 | Shensee | A1PBVRUJ55857X |
| 284 | Transser | A1FGB5D62YX1GD |
| 285 | TRENDINAO | A3PPUSLZQWQBW9 |
| 287 | USHOT | A3J42M9G2V2F3Y |
| 289 | Vovotrade | A6D1TOZN3TY8V |
| 290 | WENSY | A3B06YZB68T737 |
| 293 | XUANOU | A2DN1G625QLW3W |
| 384 | 15872981989 | 5a31341195646e3b194d5b75 |
| 394 | bakheng | 56d92bf41e15ff11682576b1 |
| 395 | bangqunliu | 56e419cd3a698c380aa5f8d0 |

| 396 | baobaozuipiaoliang | 58d23d5eacb37b0b2bd0a0ab |
| 397 | bayancloth | 577627617d818d622df20f6c |
| 398 | beatwin21e73692f43d11e6952802cb4df73154 | 58a59060096b2d7e42214e69 |
| 404 | bestfeeling | 58f6089dd0237707b7dd942d |
| 413 | bumeili66 | 58cf6b27b13fb1505377ed53 |
| 416 | changshangyongpin | 58d22a3a4ac55f5403f69dfd |
| 425 | coolshengyuan | 58a7b3ba08f17a5057b4d56b |
| 429 | cutiescoconut | 56d58fbb8bd26e6271e2d908 |
| 439 | dungu | 5788713f0cb30d217245f877 |
| 459 | fytrading | 541f801f9719cd3d428a484f |
| 461 | guishengstore | 585fd957b7b3514cb4763953 |
| 489 | kissmizi | 59cb162ab771734914fdd3de |
| 492 | lakajewelry | 58b931ac0ee890530ee64ea7 |
| 498 | linaiping | 594bf19814611043a3c696c1 |
| 509 | luckybirds | 57173598750e25590a869cda |
| 510 | lxx3326liu | 58ca0b1c3a8bc86f5dcae0a8 |
| 518 | meyouton | 56d50e4ae1e6a016021e9771 |
| 537 | pinkwing | 58f5c7f4c509bf5bf0f48bee |
| 538 | pocketshopping | 560a4f302ca23217b1dd9e9a |
| 540 | redlight | 592544f31b8cfa4e10b3e608 |
| 541 | redson | 593116b50d7f40536bafb053 |
| 556 | shishangnvzhuanga | 58d25ed0448af36bbc2b8953 |
| 563 | successdc | 545067a71280fa5c760f4519 |
| 566 | sunfashionlife | 5846721def562866a1349339 |
| 567 | sunnybeautys | 58eca9125c21171176a7db97 |
| 577 | upington | 5783477bf1ab1f1132bea5c0 |
| 579 | w_beauties | 58c68fe9e16d63583ab3aaf7 |
| 582 | wangyang625 | 599f9049f628f54fe75b914a |
| 583 | weeshop | 565da32599558d32a2ab33f4 |
| 585 | weka | 56caf09bbd8e87136f358aa8 |
| 593 | xiazuo | 5899530132f2714ffd309b8b |
| 594 | xiekaikuishop | 5878e0fa7a5b4f4d75362968 |
| 602 | yuanlishangmao | 5877322d83cdfa278bc94c15 |
| 609 | 广东深圳市优宜得网络科技有限公司 | 556dadfaa2c01a27bd57a6c6 |
| 615 | 深圳市优米网络科技有限公司 | 556ed3b9a2c01a35374150df |
| 456 (623) | funhobbies | 582d4f892f28c942a4bd9151 |

Plaintiff requests that the dismissal be without prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within 21 days from the entry of this Notice of Dismissal, should the Defendant fail to comply with the terms of the settlement agreement within that time.

Dated: April 17, 2019

Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
*Attorney of Record for Plaintiff*

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com