# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Kiesque, Incorporated | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-7761 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge:  Hon. Charles P. Kocoras |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | Magistrate:  Hon. Mary M. Rowland |
| | ) | |
| | ) | |

## Voluntary Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Kiesque Incorporated, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store Name | Store/Merchant ID |
|---|---|---|
| 151 | PrettyLady Store | 3508007 |
| 233 | DMZ | A2F12LQGRY5DN5 |
| 401 | beautyourself | 54efe47e6b8a7730077f1db9 |
| 415 | cenicbeauty | 564d8a9ac0f55a1276cd96f8 |
| 419 | chicsomething | 582a82a0ae08867481e37684 |
| 434 | diyjewproject | 55e6bf60606d0a45563a8759 |
| 437 | dreamjack | 57565d33e5d9a95cd4c82c26 |
| 438 | duckyduck | 58743adb6a0f7a2295ead940 |
| 441 | easypinkshopping | 58e762b2575d8523ddc9a5e6 |
| 442 | echofairylandinternational | 55644f216fe7f40eafe7424d |
| 490 | kuakua | 57ecad09ed314f120a2dc484 |
| 523 | mymakeupsecrets | 558a7f1e8ad75440243cddb0 |
| 540 | redlight | 592544f31b8cfa4e10b3e608 |
| 553 | shenzhenxushiimportexportcoltd | 556449df76cde50eb87a67ce |
| 559 | sourcecomelimited | 55b21725fc5cd8408847c2ae |
| 560 | spaklestar | 5742c706d75bc459506b80f1 |
| 561 | ss1002 | 58085e2dc6dac53146b4b062 |
| 598 | yiwupanduotradingcoltd | 53df2794ff4d6d54e4c28f31 |
| 600 | youngsing | 55e54713b7dbaf480f4a5ac1 |

| 619 | 深圳泽谷网络科技有限公司 / Zesgood | 551103b3da563f10a4f31be3 |

Dated: May 13, 2019

Respectfully submitted,


By:      s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com