IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Kiesque, Incorporated | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 18-cv-7761 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Charles P. Kocoras |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | Magistrate: Hon. Mary M. Rowland |
| | ) | |
| | ) | |

**Conditional Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Kiesque, Incorporated, voluntarily dismisses the Plaintiff's case against the following Defendants, pursuant to a settlement agreement reached by the parties:

| Doe | Store Name | Store/Merchant ID |
|---|---|---|
| 28 | Anne_Shop | 1333683 |
| 37 | BeatuyShower Store | 2799026 |
| 51 | Belieber Store | 4044058 |
| 56 | Born Pretty Official Store | 1814259 |
| 67 | Dazzling Girl Store | 2458002 |
| 69 | Dreamy Sweety Store | 3482047 |
| 81 | Forward Store | 1379167 |
| 93 | ibcccndc Manicure Store | 2664196 |
| 94 | IBCCCNDC nail art Store | 3873012 |
| 132 | My makeup Store | 3256071 |
| 134 | Nail Fashion | 1196054 |
| 158 | Savi Manicure Store | 1947087 |
| 165 | Shop2946056 Store | 2946056 |
| 176 | Stylish Bueaty Store | 2919101 |

| 180 | The 3th world Store | 2901109 |
|---|---|---|
| 189 | USbeauty Store | 1387094 |
| 194 | Vicky Dropshipping Store | 2945063 |
| 196 | vrenmol Official Store | 2349187 |
| 212 | Alonea | A30RHGEDDV8VEM |
| 217 | AutumnFall | ANUQZ3FA8TS2P |
| 221 | BornPrettyStore | A8L49FR4CC2FK |
| 224 | CieKen | A31J1O639REKQ3 |
| 225 | Copercn | A1GL3W9KMHTDWX |
| 228 | Datework | A1R46AVSJPXK69 |
| 232 | DETALLAN | A10TR6X5EKL9BR |
| 240 | Fashionheaven | A6PCDQ3F8XNPW |
| 241 | FTXJ | A2AX5N3VQGC0PI |
| 242 | Fullkang | ADLY6Z6LX01IE |
| 243 | Goodtrade8 | A1WDKHESM7DAAM |
| 251 | jinjiums | AVIQBR3IOLSRK |
| 253 | KEMILOVE | AH3HPCMBAXDCF |
| 257 | LiPing | A317I2MN9QEHKS |
| 258 | Lisa Lavan | A97MF9EY9QZOR |
| 259 | Livoty | A1FEQ43F9CLRL2 |
| 261 | Lookatool | A19PDY766W2X00 |
| 263 | MALLOOM | A1BRCE6PO6IPWL |
| 266 | Misaky | A3S4CWG2TBTFMK |
| 268 | NEWONESUN | A2DIXBKYTYB3NR |
| 271 | OVERMAL | A30UMJPSTEV9I9 |
| 275 | SANNYSIS | A3I7ZEAEWPBLEV |
| 279 | Shensee | A1PBVRUJ55857X |
| 280 | SMTSMT-Store | A28KEMQCB6TKMH |
| 284 | Transser | A1FGB5D62YX1GD |
| 285 | TRENDINAO | A3PPUSLZQWQBW9 |
| 287 | USHOT | A3J42M9G2V2F3Y |
| 288 | Vanvler | A2UMGC74GP6K0C |
| 289 | Vovotrade | A6D1TOZN3TY8V |
| 290 | WENSY | A3B06YZB68T737 |
| 291 | wffo&ff | A1I0F0X4I7HR1C |
| 292 | Sunfei | AIATFVBUO0XG2 |
| 293 | XUANOU | A2DN1G625QLW3W |
| 294 | YJYdada | A3R3GW450TYAL1 |
| 295 | yoyorule | A3RBI9Z05ZOF64 |

| | | |
|---|---|---|
| 349 | 7color7 | 7color7 |
| 358 | good365 | good365 |
| 360 | invenno | invenno |
| 363 | lusomuch | lusomuch |
| 368 | qingyunlive8 | qingyunlive8 |
| 389 | alaska | 561b1f7f9d62110f5ebb6714 |
| 394 | bakheng | 56d92bf41e15ff11682576b1 |
| 404 | bestfeeling | 58f6089dd0237707b7dd942d |
| 410 | bornprettystore | 51db88f5efe591089ddcad71 |
| 417 | cherishbeauty | 584f7a91a1af664c9edb6314 |
| 426 | cozyhomesupplies | 5693457364bc9b26dffdb0f6 |
| 427 | crazydealinternationalbusinessco | 53e83846ff4d6d289f95ab7f |
| 431 | daixiadaixia | 58e4a0192c5ced1063f48a64 |
| 436 | donsvideo | 5991413e8ee78d3196a43e5a |
| 454 | focusnails | 57ac6068957f44188ca9a12f |
| 471 | imwatch | 58ca432742540b508381df9a |
| 472 | infaye | 56b032cf1f30eb112a502081 |
| 486 | keepbuying | 5881c2bdf4ee9c6bbccc5ed0 |
| 489 | kissmizi | 59cb162ab771734914fdd3de |
| 498 | linaiping | 594bf19814611043a3c696c1 |
| 517 | maxsm | 58d48fe03a3b01575689a2c1 |
| 520 | missdoir | 577a7e0017c3e274a35a5434 |
| 522 | more_joycn | 55cd4a212345df16a032027f |
| 524 | nailartworkshop | 5806f7a13793c9252946010c |
| 530 | ninitextilecity | 59d85dec21064f6bba16891e |
| 531 | oceanfancy | 5b06752d8b8be95d4fbfd43a |
| 538 | pocketshopping | 560a4f302ca23217b1dd9e9a |
| 546 | shalaman | 5b24d62d7752c87b16afa204 |
| 551 | shenxian | 5844c5da728de603384de0dc |
| 564 | suebusinesscoltd | 5640aedfe09d871293b98d80 |
| 597 | yby666 | 5938fe8c97555e2f3720bdc5 |
| 614 | 旭日升服务公司 | 5513b63ea1e2400f88bf5562 |
| 615 | 深圳市优米网络科技有限公司 | 556ed3b9a2c01a35374150df |
| 622 | 香港易捷电子科技有限公司 | 558a723828a16765f0454fea |
| 456 (628) | fumanjiairon | 59cf636d8ee78d390dc4b94e |

Plaintiff requests that the dismissal be without prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within 60 days from the entry of this Notice of Dismissal, should the Defendant fail to comply with the terms of the settlement agreement within that time.

Dated: May 14, 2019

Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
*Attorney of Record for Plaintiff*

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com