IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kiesque, Incorporated ) | |
| ) | |
| v. ) | Case No. 18-cv-7761 |
| ) | |
| THE PARTNERSHIPS and ) | Judge: Hon. Charles P. Kocoras |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A" ) | Magistrate: Hon. Mary M. Rowland |
| ) | |
| ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 109 | Linefree Store | 4384081 |

dismisses them from the suit without prejudice.

Dated this 24th Day of July, 2019.          Respectfully submitted,


By:    s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com