IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Kiesque, Incorporated | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 18-cv-7761 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Charles P. Kocoras |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | Magistrate: Hon. Mary M. Rowland |
| | ) | |
| | ) | |

SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Store ID | Email |
|---|---|---|---|
| 530 | ninitextilecity | 59d85dec21064f6bba16891e | burgess111@outlook.com |
| 456 (628) | fumanjiairon | 59cf636d8ee78d390dc4b94e | azizi666@outlook.com |

dismisses them from the suit without prejudice.

Dated this 12th Day of August, 2019.    Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com