# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| Kiesque, Incorporated | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 18-cv-7761 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Charles P. Kocoras |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | Magistrate: Hon. Mary M. Rowland |
| | ) | |
| | ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 525 | nailuniquestore | 5afa7845a896162bd59d40ff |
| 389 | alaska | 561b1f7f9d62110f5ebb6714 |
| 394 | bakheng | 56d92bf41e15ff11682576b1 |
| 398 | beatwin21e73692f43d11e6952802cb4df73154 | 58a59060096b2d7e42214e69 |
| 399 | beauty499 | 54b8652cd630ed0e5fa85508 |
| 404 | bestfeeling | 58f6089dd0237707b7dd942d |
| 417 | cherishbeauty | 584f7a91a1af664c9edb6314 |
| 427 | crazydealinternationalbusinessco | 53e83846ff4d6d289f95ab7f |
| 431 | daixiadaixia | 58e4a0192c5ced1063f48a64 |
| 436 | donsvideo | 5991413e8ee78d3196a43e5a |
| 454 | focusnails | 57ac6068957f44188ca9a12f |
| 471 | imwatch | 58ca432742540b508381df9a |
| 472 | infaye | 56b032cf1f30eb112a502081 |
| 486 | keepbuying | 5881c2bdf4ee9c6bbccc5ed0 |
| 489 | kissmizi | 59cb162ab771734914fdd3de |
| 498 | linaiping | 594bf19814611043a3c696c1 |
| 520 | missdoir | 577a7e0017c3e274a35a5434 |
| 522 | more_joycn | 55cd4a212345df16a032027f |
| 530 | ninitextilecity | 59d85dec21064f6bba16891e |

| 534 | packii | 53f2c2069020ee03626d6ee1 |
|---|---|---|
| 538 | pocketshopping | 560a4f302ca23217b1dd9e9a |
| 541 | redson | 593116b50d7f40536bafb053 |
| 546 | shalaman | 5b24d62d7752c87b16afa204 |
| 549 | shanghaiweijintradingcoltd | 538370487360462cb32b7010 |
| 551 | shenxian | 5844c5da728de603384de0dc |
| 564 | suebusinesscoltd | 5640aedfe09d871293b98d80 |
| 575 | trendyqueen | 53874db65aefb0256d3abda9 |
| 579 | w_beauties | 58c68fe9e16d63583ab3aaf7 |
| 597 | yby666 | 5938fe8c97555e2f3720bdc5 |
| 605 | zeroflystore | 571a3146718b7c3ada6107e3 |
| 609 | 广东深圳市优宜得网络科技有限公司 | 556dadfaa2c01a27bd57a6c6 |
| 614 | 旭日升服务公司 | 5513b63ea1e2400f88bf5562 |
| 620 | 跃飞越网络科技有限公司 | 56055ad47d083679a4861cbd |
| 456 (628) | fumanjiairon | 59cf636d8ee78d390dc4b94e |
| 110 | LoeRoyal BeautyMall Store | CN1519142337RWHJ |
| 127 | Minl makeups Store | https://www.aliexpress.com/store/2931086 |

dismisses them from the suit without prejudice.

Dated this 23rd Day of October 2019.    Respectfully submitted,

By:    s/David Gulbransen/
       David Gulbransen
       Attorney of Record
       Counsel for Plaintiff

       David Gulbransen (#6296646)
       Law Office of David Gulbransen
       805 Lake Street, Suite 172
       Oak Park, IL 60302
       (312) 361-0825 p.
       (312) 873-4377 f.
       david@gulbransenlaw.com