IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Kiesque, Incorporated | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 18-cv-7761 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Charles P. Kocoras |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | Magistrate: Hon. Mary M. Rowland |
| | ) | |
| | ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Store ID |
|---|---|---|
| 234 | Dolloress | A2ZFXJZLWOHQ0X |
| 247 | Huphoon | A2UY31LAHOQSK9 |
| 255 | Lingsun Tech | AWEWYD6T8LA4J |
| 273 | Putars Store | A1C70DMHMA0V6V |

dismisses them from the suit without prejudice.

Dated this 8th Day of Novemeber 2019.          Respectfully submitted,

                                                            By:     s/David Gulbransen/
                                                            David Gulbransen
                                                            Attorney of Record
                                                            Counsel for Plaintiff

                                                            David Gulbransen (#6296646)
                                                           Law Office of David Gulbransen
                                                            805 Lake Street, Suite 172
                                                            Oak Park, IL 60302
                                                            (312) 361-0825 p.
                                                            (312) 873-4377 f.

david@gulbransenlaw.com