IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kiesque, Incorporated | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-7761 |
| | ) | |
| THE PARTNERSHIPS and | ) | Judge: Hon. Charles P. Kocoras |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A" | ) | Magistrate: Hon. Mary M. Rowland |
| | ) | |
| | ) | |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 212 | Alonea | A30RHGEDDV8VEM |
| 215 | Anshinto | A2CEAKAQ3CCE18 |
| 217 | AutumnFall | ANUQZ3FA8TS2P |
| 225 | Copercn | A1GL3W9KMHTDWX |
| 227 | CreazyDog | A1E91VU44IKQ9G |
| 232 | DETALLAN | A10TR6X5EKL9BR |
| 240 | Fashionheaven | A6PCDQ3F8XNPW |
| 241 | FTXJ | A2AX5N3VQGC0PI |
| 242 | Fullkang | ADLY6Z6LX01IE |
| 251 | jinjiums | AVIQBR3IOLSRK |
| 253 | KEMILOVE | AH3HPCMBAXDCF |
| 259 | Livoty | A1FEQ43F9CLRL2 |
| 261 | Lookatool | A19PDY766W2X00 |
| 266 | Misaky | A3S4CWG2TBTFMK |
| 268 | NEWONESUN | A2DIXBKYTYB3NR |
| 271 | OVERMAL | A30UMJPSTEV9I9 |
| 275 | SANNYSIS | A3I7ZEAEWPBLEV |
| 279 | Shensee | A1PBVRUJ55857X |
| 284 | Transser | A1FGB5D62YX1GD |
| 285 | TRENDINAO | A3PPUSLZQWQBW9 |
| 287 | USHOT | A3J42M9G2V2F3Y |
| 289 | Vovotrade | A6D1TOZN3TY8V |
| 290 | WENSY | A3B06YZB68T737 |
| 293 | XUANOU | A2DN1G625QLW3W |

dismisses them from the suit without prejudice.

Dated this 24th Day of Novemeber 2019.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　　__s/David Gulbransen/_____
　　　　　　　　　　　　　　　　　　　　David Gulbransen
　　　　　　　　　　　　　　　　　　　　Attorney of Record
　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

　　　　　　　　　　　　　　　　　　　　David Gulbransen (#6296646)
　　　　　　　　　　　　　　　　　　　　Law Office of David Gulbransen
　　　　　　　　　　　　　　　　　　　　805 Lake Street, Suite 172
　　　　　　　　　　　　　　　　　　　　Oak Park, IL 60302
　　　　　　　　　　　　　　　　　　　　(312) 361-0825 p.
　　　　　　　　　　　　　　　　　　　　(312) 873-4377 f.
　　　　　　　　　　　　　　　　　　　　david@gulbransenlaw.com