# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kiesque, Incorporated | ) |
| | ) |
| v. | )    Case No. 18-cv-7761 |
| | ) |
| THE PARTNERSHIPS and | )    Judge: Hon. Charles P. Kocoras |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE "A" | )    Magistrate: Hon. Mary M. Rowland |
| | ) |
| | ) |

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 239 | Fashion Thing | A2DHQIKS9IMLRA |

dismisses them from the suit without prejudice.

Dated this 27th Day of January 2020.      Respectfully submitted,

                              By:     s/David Gulbransen/
                                      David Gulbransen
                                      Attorney of Record
                                      Counsel for Plaintiff

                                      David Gulbransen (#6296646)
                                      Law Office of David Gulbransen
                                      805 Lake Street, Suite 172
                                      Oak Park, IL 60302
                                      (312) 361-0825 p.
                                      (312) 873-4377 f.
                                      david@gulbransenlaw.com